IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

JOHNNY M. YOUNG #090679 )
_____ )
Full name and prison number )
of plaintiff(s) )
 )
v. )  CIVIL ACTION NO. 2:05cv457-F
 )  (To be supplied by Clerk of
DONAL CAMPBELL; STEPHEN )  U.S. District Court)
BULLARD; McDONNELL; HUNTLEY; )
GORDY; TEW; PRISON HEALTH )
SERVICE; and JOHN DOE )
_____ )
 )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

RECEIVED
2005 MAY 17 A 2:12
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST...

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____N/A_____

            _____

            Defendant(s) _____N/A_____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) ____N/A____

            _____

3. Docket number _____ N/A _____

4. Name of judge to whom case was assigned _____ N/A _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____ N/A _____

6. Approximate date of filing lawsuit _____ N/A _____

7. Approximate date of disposition _____ N/A _____

II. PLACE OF PRESENT CONFINEMENT W.E. Donaldson Correctional Fac. 100 Warrior Lane, Besseme, Alabama 35023-7299

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED W.E. Donaldson

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME — ADDRESS

1. Donal Campbell/Dept of Corr./ 101 South Union St. P.O. Box 301501 Montgomery Al. 36130-1501
2. Stephen Bullard "  "  "
3. Warden McDonnell; Deputy Warden Huntley; Capt. Gordy,
4. Capt. Tew, Prison Health Service, John Doe all @
5. W.E. Donaldson, 100 Warrior Lane Bessemer AL. 35023-7299
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED Jan 1, 2002 thru May 12, 2005 and continusly

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Violation to the First Amendment to the U.S. Constitution

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

The defendants have and continues to restrict plaintiff's funds, visits and relationship with family, friends and community see annex

GROUND TWO: violation of 8th amendment

SUPPORTING FACTS: Plaintiff's life & health is continuously in danger due to overcrowding & under staffing, inadequate & ineffective medical care; see Annex

GROUND THREE: violation to state Rights.

SUPPORTING FACTS: Plaintiff invokes pendant jurisdiction of this court to hear state claims. see annex

3

GROUND ONE:

From Jan. 1, 2002 to May 13, 2005 and continuously the defendants unnecessarily restricted Plaintiff's visits and arbitrarily interferred with who can send his money. The defendants has and continues to limit the persons who can visit plaintiff to eight immediate family (mother, father, sister, brother and wife & children). Plaintiff aver that the restrictions on his visits effectively denies him a visit.

The defendant's eight person limitation on the persons that can send him money and their money order requirements (a copy attached as Plaintiff's #1) is an arbitrary interference with plaintiff's Rights to the First amendment because he cannot pay postage for correspondence; he cannot pay for legal and Religious material.

GROUND TWO:

The defendants has forced Plaintiff to live in a cell designed for one person, with two other people, often he is locked in a cell with another life without parole prisoner.

The defendants has issued a memo to their friends, family and employees not to drink the water as it is unfit for human consumption, and have since provided bottle water for them. However, Plaintiff is forced to drink, bathe in and have his food prepared in bad water. It has caused Plaintiff to

develope skin rashes and other medical conditions that the defendants has no cure for.

Plaintiff is a drug addict and has been in the prisons Crime Bill drug & alcohol program more than three years. However, due to the defendants, their agents and employees flooding the prison it is nearly impossible for plaintiff to avoid drugs. It is no defense for the defendants to allege that prisoner are bringing drugs off the visiting yard every other week, the amount of drugs the defendants find and the number of prisoners testing positive during urine tests are too great for defendant not to know.

Prior to eating plaintiff is kept in an unsecure area with about 60 other prisoners. Plaintiff has witnessed prisoners being stabbed and assaulted in these areas and still the defendant has not put any security or guards there in order to curtail any of the violence plaintiff is exposed to.

Plaintiff has been and has witness guards physically and verbally assaulting prisoners. Plaintiff has been and is exposed to spider attacks; staphylococcus and T.B.

2

The area of the prison where plaintiff now lives houses about 650 prisoners. It is an open dormatory setting. There are about seven guards assigned to this area, with three of them locked in cubicals. During meal times there are only about five. Plaintiff is under a constant threat of violence.

Donaldson prison was designed to house about a thousand (1000) prisoners, but the prison population ranges from 1625 to 1621 prisoners. The guards work 72 hours a week, sometimes even more. They are often frustrated and abusive and ineffective, and provides little if any protection.

As a consequence to this overcrowding and under staffing plaintiff is exposed to increased violence and threats of violence, inadequate medical treatment, inadequate sanitation. The overcrowding is taxing the sewage and water system. Inadequate nutrition. Plaintiffs medically prescribed diet is not being met, he has a constant low blood sugar level; ineffective surveillance, plaintiff is often in areas with over fifty prisoners and no surveillance.

Overcrowding, under staffing and under funding constantly put plaintiff at a pervasive risk of harm to his health, well-being and life.

The defendant know of these conditions complaind of herein as they have given press releases on the consequences of the overcrowding and understaffing @ Donaldson.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Injunctive Relief; Compensatory and punitive damages; Trial on all issues Triable and such other relief as this court deems just & proper

*Johnny M. Young*
(Signature of plaintiff(s))

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on May 16, 2005.
(Date)

*Johnny M Young*
Signature of plaintiff(s)
090679   F-68
100 Warrior Lane
Bessemer, Al 35023-7299

4