5.      Before issuing the eyeglasses to the inmate, the inmate will sign a form showing receipt of the eyeglasses.  A copy of the form will be sent to the infirmary to be placed in the inmate's medical file, institutional file and a copy will be forwarded to the Captain.

6.      Inmates will not be allowed to receive designer type frames or tinted glasses (unless per Doctor's prescription noted in the inmate's medical file.)  All eyeglasses will be plain frames.

7.      Inmates will be allowed to receive glasses from home no more than once every two (2) years  unless by doctor's orders.

**Barbershop Schedule** - Inmates will be allowed in the barbershop on their scheduled day.

| | | |
|---|---|---|
| Monday | - | Cellblock #4 |
| Tuesday | - | Cellblock #2 |
| Wednesday | - | Cellblock #1 |
| Thursday | - | Dorms |
| Friday | - | Dorms |

## NEW MONEY ORDER REQUIREMENTS:

IN ORDER TO RECEIVE MONEY ORDERS, THE REQUIREMENTS SHOWN BELOW WILL BE ADHERED TO, PER DEPUTY WARDEN HUNTLEY:

A.      All money orders must have sender's full name as listed on funds form (nicknames and initials will not be accepted.)  It is your responsibility, with proper documentation, to report name changes.

B.      All money orders must have full address of sender on them (street, city and state.)  It is your responsibility to report any changes.

C.      Money orders must have your correct AIS number on them as well as dorm, cellblock and bed number.  Incomplete AIS numbers, half AIS numbers, out of order AIS numbers will not be accepted.

D.      Kited money orders will not be accepted under, any circumstances, they will be returned to the sender (NO EXCEPTIONS.)

**DUE TO THE NON-COMPLIANCE WITH THE MONEY ORDERS, YOU WILL BE RESPONSIBLE FOR SUPPLYING A STAMPED SELF-ADDRESSED ENVELOPE TO SEND THE MONEY ORDER BACK TO THE SENDER.**

TELL YOUR FAMILY MEMBERS:
**PLEASE DO NOT WRITE ANYTHING ON THE BACK OF THE MONEY ORDERS.**
**IF THERE IS WRITING ON THE BACK OF THE MONEY ORDERS, THEY WILL BE RETURNED TO SENDER.**

*Plaintiff #1*