# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

JOHNNY M. YOUNG, #090679

Plaintiff

V.

DONAL CAMPBELL, ET AL

Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

RECEIVED 2005 MAY 17 A 2: 12
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

CASE NUMBER: 2:05cv457-F

I, _Johnny M. Young_, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _W.E. Donaldson_

   Are you employed at the institution? _No_    Do you receive any payment from the institution? _No_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _College student 1984_

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _College student 1984_

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends    ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments    ☐ Yes    ☒ No
   e. Gifts or inheritances    ☐ Yes    ☒ No
   f. Any other sources    ☒ Yes    ☐ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

_about $40.00 from family_

4.  Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____N/A_____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

   N/A

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   None

I declare under penalty of perjury that the above information is true and correct.

_5/12/05_
Date

_Johnny M. Young #090679 F-68_
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## FINANCIAL STATEMENT OF INMATE'S PRISON ACCOUNT

I certify that according to the records on file in this institution, the Figures set out below are the approximate average daily balances in the Account of inmate __Johnny Young__
(NAME)

for the previous six months.

| Month | Balance |
|---|---|
| 1. | |
| 2. | |
| 3. | **COPY FOR COURT** |
| 4. | **ATTACHED** |
| 5. | |
| 6. | |

_____
Authorized Officer of the Institution

May 13 2005
Date

SWORN TO AND SUBSCRIBED BEFORE ME AND GIVEN UNDER MY HAND AND OFFICIAL SEAL THIS _13_ DAY OF _May_, _2005_.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: _5/31/2008_

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
               W.E. DONALDSON CORR. FACILITY


AIS #: 090679      NAME: YOUNG, JOHNNY M              AS OF: 05/13/2005

                   # OF      AVG DAILY       MONTHLY
          MONTH    DAYS      BALANCE         DEPOSITS
         ------------------------------------------------

          MAY      18        $22.23          $50.00
          JUN      30        $124.21         $200.00
          JUL      31        $41.98          $0.00
          AUG      31        $0.01           $0.00
          SEP      30        $0.01           $0.00
          OCT      31        $0.01           $0.00
          NOV      30        $0.01           $0.00
          DEC      31        $0.01           $0.00
          JAN      31        $7.83           $40.00
          FEB      28        $6.37           $25.00
          MAR      31        $0.75           $5.00
          APR      30        $5.11           $0.00
          MAY      13        $5.11           $0.00
```

COURT COPY