IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JOHNNY M. YOUNG, #090679, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) CASE NO. 2:05-cv-457-F |
| | )           WO |
| DONAL CAMPBELL, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on May 19, 2005 (Doc. #3), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that this case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404.

DONE this 28th day of June, 2005.

                                                     /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE