**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Office of the Clerk
   United States District Court
   Northern District of Alabama
   1729 Fifth Ave., North
   Birmingham, AL  35203

   Transferred file 05-457

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Albert B. Coleman_    ☐ Agent  ☑ Addressee

B. Received by (Printed Name)    C. Date of Delivery: 6/29/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7004 2510 0001 0150 5276

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540